**Order entered November 15, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00470-CV

### IN THE INTEREST OF N.A.F., M.J.F., AND O.J.F., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-01912**

## ORDER

On the Court's own motion, we **REMOVE** this appeal from submission on December 19, 2018. The appeal will be resubmitted in the first quarter of 2019.

/s/     MOLLY FRANCIS
PRESIDING JUSTICE